UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DESMOND CARRIERE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3633** |
| **STATE FARM FIRE AND CASUALTY COMPANY, ET AL.** | **SECTION "P" (5)** |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 50), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Dover Bay's Motion to Dismiss for Failure to Prosecute Pursuant to Rule 41(b) (Rec. Doc. 48) is **GRANTED AS UNOPPOSED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of October 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**